UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,    CASE NO. 1:23-cv-22417-DPG

    Plaintiff,

vs.

SKECHERS USA, INC.

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through her undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, SKECHERS USA, INC, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 35 days to finalize all documents before dismissing the case.

    Respectfully Submitted,

    MENDEZ LAW OFFICES, PLLC
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33222
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###